USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **11/12/2024**

**Phillips Lytle LLP**

MEMO ENDORSED

Via CM/ECF                                                                                           November 8, 2024

Honorable Nelson Stephen Román
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Herold Perez, Individually and For All Others Similarly Situated v. On the Mark Utility Locating Services, Inc.*; Case No. 7:24-cv-02908-NSR
      **Request to Stay Scheduling Order**

Dear Judge Román:

As you are likely aware, we represent Defendant in the above-referenced matter. On October 7, 2024, the parties settled this matter in principle and are still working on negotiating a written settlement agreement. The parties jointly request that the scheduling order be stayed in the interim. In the event that an impasse occurs, the parties will advise the Court and request a revised Scheduling Order.

Please do not hesitate to contact the undersigned with any questions or concerns.

Respectfully submitted,

Phillips Lytle LLP

By /s/ Kevin J. Mulvehill

Kevin J. Mulvehill

KJM2npf
cc:   Counsel of record

Doc #5537733

**The parties' assented to request to stay the scheduling order for 30 days (December 12, 2024) is GRANTED. The parties are directed to jointly provide the Court with a status update on or before December 12, 2024. The Clerk of Court is kindly directed to terminate the motion at ECF No. 10.**

**Dated: November 12, 2024**

   **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

ATTORNEYS AT LAW

KEVIN J. MULVEHILL   PARTNER   DIRECT 585 238 2095   KMULVEHILL@PHILLIPSLYTLE.COM

28 EAST MAIN STREET SUITE 1400 ROCHESTER, NEW YORK 14614-1935 PHONE (585) 238-2000 FAX (585) 232-3141 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION